# Court of Appeals
# of the State of Georgia

ATLANTA,  January 26, 2022

*The Court of Appeals hereby passes the following order:*

**A21A1465. MELVIN ROSS EURE, III v. JULIE GREENLEE et al.**

Having fully considered the record and briefs of the parties, this discretionary appeal is hereby dismissed as improvidently granted.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  01/26/2022*
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*